Filed 5/8/14  In re Tristin S. CA2/6

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b). This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| In re TRISTIN S. et al., Persons Coming Under the Juvenile Court Law. | 2d Juv. No. B251470 (Super. Ct. No. JV48615) (San Luis Obispo County) |
| SAN LUIS OBISPO COUNTY DEPARTMENT OF SOCIAL SERVICES,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>CASSANDRA S. et al.,<br><br>    Defendants and Appellants. | |

Cassandra S. (Mother) appeals orders of the juvenile court terminating her parental rights to Tristin S. and Lily S. (Welf. & Inst. Code, § 366.26.) and denial of a petition for relative placement with the children's material grandmother, Jenean S. (Grandmother), (*id.* § 388). Grandmother appeals the denial of her petition for relative placement. (*Ibid.*)

We appointed separate counsel to represent Mother and Grandmother on appeal. After examining the record and researching potential issues, both counsel advised us in writing that they could not find any arguable issues to raise on their client's behalf.

Both counsel separately advised their clients that we have discretion to allow them to file a brief or letter, and that we must allow them to file a brief or letter upon a showing of good cause that an arguable issue exists. We received a letter from Grandmother only, but it does not establish that an arguable issue exists. (*In re Phoenix H.* (2009) 47 Cal.4th 835, 845.)

We dismiss the appeals.

NOT TO BE PUBLISHED.


GILBERT, P. J.


We concur:


YEGAN, J.


PERREN, J.

2

Patrick J. Perry, Judge[*]

Superior Court County of San Luis Obispo

_____

Nancy Rabin Brucker, under appointment by the Court of Appeal, for Defendant and Appellant Cassandra S.

Michelle L. Jarvis, under appointment by the Court of Appeal, for Defendant and Appellant Jenean S.

---

[*](Pursuant to Cal. Const., art. VI, § 21.)